

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00119-CV

| | | |
|---|---|---|
| THE KUTE BAR, LLC, C&G ALL SOLUTIONS, INC., TRANG T. DANG, LE GIANG T. TRAN INDIVIDUALLY AND DERIVATIVELY ON behalf OF THE KUTE BAR, LLC, AND BECKY BINH NGUYEN, Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-339756-23) |
| | § | October 24, 2024 |
| V. | | |
| FUGO TRAN F/K/A ANH TRAN, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's order denying Appellants' TCPA motion is affirmed in part and reversed in part. We reverse in part and render judgment dismissing Fugo Tran's abuse-of-process claim; affirm the trial court's order denying Appellants' TCPA motion in all other respects; and remand this matter for further proceeding consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker